ANNA DAVIES, Respondent, *v.* LOUIS F. STUMPF et al., Appellants, Impleaded with Another.

Argued May 28, 1942; decided June 18, 1942.

*Louis Bennett, Louis F. Stumpf* and *Warren W. Stumpf* for appellants.

*Norman D. Ramol* and *Jacob Streiner* for respondent.

Order affirmed, with costs, and question certified answered in the negative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.